IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                            CAUSE NO. 1:06CR158-LG-JMR-001

GEORGE B. BUCKLEY, II

and

ARIES MARINE                                                              GARNISHEE

### ORDER GRANTING MOTION TO WITHDRAW
### MOTION FOR ORDER OF CONTINUING GARNISHMENT

**BEFORE THE COURT** is the Motion to Withdraw [69] Motion for Order of Continuing Garnishment [68] filed by the Government. The Court has considered the Motion and finds that it is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion to Withdraw [69] is **GRANTED**. The Government's Motion for Order of Continuing Garnishment [68] is hereby **WITHDRAWN**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that the Garnishee, Aries Marine, is **DISMISSED**, because it no longer employs George B. Buckley, II.

**SO ORDERED AND ADJUDGED** this the 16th day of October, 2014.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge